1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   MARVIN HARRIS,                          No.  1:23-cv-01343 JLT GSA (PC)

12                    Plaintiff,

13        v.                                 ORDER DISMISSING CASE FOR FAILURE
                                             TO PAY FILING FEE
14   BRYAN D. PHILLIPS, et al.,
                                             (Doc. 7)
15                    Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On October 6, 2023, the Court ordered Plaintiff, a three strikes litigant within the meaning

21   of 28 U.S.C. § 1915(g), to pay the filing fee in full prior to proceeding any further with this

22   action.  (*See* Docs. 4, 7 (findings and recommendations; order adopting same, respectively).)  At

23   that time, Plaintiff was given thirty days to pay the fee, and he was cautioned that failure to

24   comply with the Court's order would result in the dismissal of this action.  (*See* Doc. 7 at 2-3.)

25        On October 18, 2023, the Court's order was returned to it as "undeliverable."  Despite this

26   fact, Plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of

27   his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record

28   address of the party is fully effective.

                                             1

Given these facts, Plaintiff may not proceed with this matter.  Instead, the case must be dismissed without prejudice.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Considering Plaintiff's failure to pay the filing fee, this case is **DISMISSED** without prejudice.  *See* 28 U.S.C. § 1915(g).

2. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

Dated:   **January 3, 2024**

UNITED STATES DISTRICT JUDGE

2